# United States District Court
## Southern District of Georgia

LATASHA S.W. CHARLES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV6:16-135
formerly CR6:14-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 14, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DENIED and this action stands CLOSED.



November 14, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk